# Order

Michigan Supreme Court
Lansing, Michigan

November 19, 2014

Robert P. Young, Jr.,
Chief Justice

149363

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DARIUS LAMAR LEWIS,
        Defendant-Appellant.

SC: 149363
COA: 314110
Saginaw CC: 12-037025-FC

_____/

On order of the Court, the application for leave to appeal the April 22, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



Clerk

h1112